No. 76–6604.  CONTRERAS-PEREZ *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 76–6607.  DAVENPORT *v.* UNITED MUTUAL LIFE INSURANCE Co.  C. A. 2d Cir.  Certiorari denied.

No. 76–931.  STOPS ET UX. *v.* LITTLE HORN STATE BANK. Sup Ct. Mont.  Motion of Crow Tribe for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 76–989.  UNITED STATES *v.* MAYES.  C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 76–1300.  NEW MEXICO *v.* HUDSON.  Sup. Ct. N. M. Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.

No. 76–1052.  PRUDENTIAL INSURANCE COMPANY OF AMERICA ET AL. *v.* NATIONAL ORGANIZATION FOR WOMEN, WASHINGTON, D. C. CHAPTER, ET AL.  Petition for certiorari before judgment to C. A. D. C. Cir.  Certiorari denied.  Applications for stay denied without prejudice to parties to request stays from the United States Court of Appeals for the District of Columbia Circuit pending appeal to that court.

No. 76–1192.  BROWN, SECRETARY OF DEFENSE, ET AL. *v.* WESTINGHOUSE ELECTRIC CORP. ET AL.  C. A. 4th Cir.  Motion of Reuben B. Robertson III for leave to file a brief as *amicus curiae* granted.  Certiorari denied.

No. 76–1275.  ESTELLE, CORRECTIONS DIRECTOR *v.* GILL. C. A. 5th Cir.  Motion of respondent for leave to proceed *in forma pauperis* granted.  Certiorari denied.  THE CHIEF JUSTICE and MR. JUSTICE BLACKMUN would grant certiorari.